UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:                                              )
 KRISTIA L. SANTIAGO,                               )
                                                    )     Case No.  3-26-10675 - cjf
                                                    )
                                                    )
                 Debtor.                            )

## NOTICE OF MOTION TO DISMISS

The U.S. Trustee has filed a motion for an order dismissing the above case pursuant to 11 U.S.C. §§ 707(a) and 521 and F.R.B.P. 1007.   A copy of the motion is attached.

Your rights may be affected.  You should read the motion papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to enter an order granting the relief requested, or if you want the court to consider your views on the motion, then on or before fourteen (14) days from the date of this notice, you or your attorney must file with the court a written objection and request for hearing, stating your position.  If you mail your objection to the court for filing, you must mail it early enough so the Court will receive it on or before the date stated above at U.S. Bankruptcy Court for the Western District of Wisconsin, 120 North Henry Street, Madison, WI 53703.  You must also mail a copy of your objection to the U.S. Trustee, at the address below.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order approving same.

Dated: April 21, 2026,                              Respectfully submitted,

                                                    ADAM G. BRIEF
                                                    Acting United States Trustee


                                          By:       _/s/ Brian P. Thill_____
                                                    Brian P. Thill
                                                    Attorney for United States Trustee

Office of the U.S. Trustee
780 Regent Street, #304
Madison, WI 53715
(608) 264-5522
Brian.P.Thill@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:                                        )
KRISTIA L. SANTIAGO,                          )
                                              )          Case No.  3-26-10675 - cjf
                                              )
                                              )
            Debtor.                           )

**MOTION TO DISMISS FOR FAILURE TO FILE
REQUIRED DOCUMENTS UNDER SECTION 521**

The Acting United States Trustee for the Western District of Wisconsin, Adam G. Brief,

moves this Court to dismiss the above-captioned Chapter 7 case pursuant to 11 U.S.C. § 521 and

§ 707 and F.R.B.P. 1007(c).  In support thereof, the United States Trustee states as follows:

1.      The above named Debtor filed a petition for relief under Chapter 7 of the

Bankruptcy Code on March 30, 2026.

2.      Though required under section 521 of the Bankruptcy Code, the Debtor failed to

file the following documents:

☑      Complete Schedules and a Statement of Financial Affairs.

☐      A timely-obtained certificate of credit counseling, or a certification under 11 U.S.C. §

109(h)(3).

☑ A Form 122A.  Failure to file Form 122A not only contravenes the Bankruptcy Code requirements, but prevents both the U.S. Trustee and the chapter 7 trustee from performing their statutory duties pursuant to 28 U.S.C. § 586 and 11 U.S.C. § 704.

☐ Copies of pay stubs for a period of 60 days prior to filing.  Failure to file these pay advices not only contravenes the Bankruptcy Code requirements, but prevents both the U.S. Trustee and the chapter 7 trustee from performing their statutory duties pursuant to 28 U.S.C. § 586 and 11 U.S.C. § 704.

3.      No motion to extend has been timely filed.

4.      As of today's date, the documents remain outstanding and are past due.

5.      The unexcused delay in filing the document(s) listed in Paragraph 2 of this motion is prejudicial to creditors, and the case should therefore be dismissed under § 707(a).

WHEREFORE, the U.S. Trustee requests the Court dismiss this Chapter 7 case under 11 U.S.C. § 707(a).

ADAM G.BRIEF
Acting United States Trustee

Dated:  April 21, 2026,

BY:   _/s/ Brian P. Thill_____
Brian P. Thill
Attorney for United States Trustee

OFFICE OF THE U.S. TRUSTEE
780 Regent Street, Suite 304
Madison, WI 53715
(608) 264-5522
Brian.P.Thill@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 21, 2026,        , the attached Notice and Motion to Dismiss were served via electronic mail by the Clerk's Office on the following parties:

Trustee Christopher Seelen, and to all other parties requesting notice.

And by first class mail to the following parties:

Kristia L. Santiago
201 12th Street, Apt A
Brodhead, WI 53520

/s/ James C. Dreier, Jr.
James C. Dreier, Jr.,
Paralegal Specialist