**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: June 4, 2026**

_____
**Hon. Catherine J. Furay**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Case No. 3-26-10675 |
| | ) | |
| KRISTIA L. SANTIAGO, | ) | Chief Judge Catherine J. Furay |
| | ) | |
| Debtor. | ) | Chapter 7 |

### ORDER OF DISMISSAL

On May 18, 2026, the Court held a hearing attended by the Debtor and entered a

proceeding memo and Order ("Order") (Dkt. 29) on the United States Trustee's Motion

to Dismiss (Dkt. 20) requiring the Debtor to file various documents with the Court no

later than June 1, 2026, proof of service of the Order on the Debtor having been filed

(Dkt. 33), the Debtor having filed some of the documents required by the Order (Dkt.

31; Dkt. 32), but not all, including the Debtor's schedules and summary of assets and

liabilities, and based on the files and proceedings herein,

**IT IS ORDERED** that the above case is dismissed.

###

United States Bankruptcy Court

Western District of Wisconsin

In re:                                                                           Case No. 26-10675-cjf

Kristia Leigh Santiago                                                            Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0758-3 | User: eADIuser | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdf804 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kristia Leigh Santiago, 201 12th Street, Apt A, Brodhead, WI 53520 |
| 5284051 | + | AUTOMOTIVE CREDIT CORP, 26261 EVERGREEN RD STE 3, SOUTHFIELD, MI 48076-4447 |
| 5284054 | + | CURRENT/CRB, 400 KELBY ST, FORT LEE, NJ 07024-2943 |
| 5284060 | + | SECURITY FINANCE, POB 314, SPARTANBURG, SC 29304-0314 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5284052 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 04 2026 19:35:47 | CAINE & WEINER COMPA, PO BOX 55848, SHERMAN OAKS, CA 91413-0848 |
| 5284053 | + | Email/Text: bfieldsd@byrider.com | Jun 04 2026 19:36:00 | CNAC-WI101, PO BOX 56, ELM GROVE, WI 53122-0056 |
| 5284055 | ^ | MEBN | Jun 04 2026 19:29:38 | ESSENTIA FINANCIALS, 3500 HULEN ST, STE 201, FORT WORTH, TX 76107-6812 |
| 5284056 | + | Email/Text: bankruptcy@kikoff.com | Jun 04 2026 19:35:00 | KIKOFF LENDING, LLC, 633 FOLSOM ST, STE 300, SAN FRANCISCO, CA 94107-3600 |
| 5284057 | + | Email/Text: bankruptcy@lmminc.com | Jun 04 2026 19:36:00 | LOCKHART, MORRIS & MONT, 1401 N CENTRAL EXPY STE, RICHARDSON, TX 75080-4669 |
| 5284058 | + | Email/Text: opportunitynotices@gmail.com | Jun 04 2026 19:36:00 | OPPORTUNITY FINANCIA, 130 E RANDOLPH ST, STE 34, CHICAGO, IL 60601-6207 |
| 5284059 | | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Jun 04 2026 19:35:00 | SECURITY FINANCE, C/O SECURITY FINANCE, SPARTANBURG, SC 29304 |
| 5284061 | | Email/Text: collections@transformcredit.com | Jun 04 2026 19:35:00 | TOGETHER LOANS, 220 N GREEN ST STE 5019, CHICAGO, IL 60607 |
| 5284062 | + | Email/Text: accountservicing@trueaccord.com | Jun 04 2026 19:35:00 | TRUEACCORD C, 16011 COLLEGE BLVD, LENEXA, KS 66219-1366 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0758-3                          User: eADIuser                                    Page 2 of 2

Date Rcvd: Jun 04, 2026                       Form ID: pdf804                                Total Noticed: 13

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian P. Thill | on behalf of U.S. Trustee U.S. Trustee's Office Brian.P.Thill@usdoj.gov |
| Christopher M. Seelen | cseelen@ruderware.com  jdawson@ruderware.com;WI41@ecfcbis.com;ddulac@ruderware.com |
| U.S. Trustee's Office | USTPRegion11.MD.ECF@usdoj.gov |

TOTAL: 3